UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>　　　　　　Plaintiff,<br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>and<br><br>BLUEHIPPO CAPITAL, LLC,<br>　　　　　　　　Defendants. | CIVIL NO. 08 CV 1819 (PAC) |

## FTC EXHIBITS

1. Complaint in 08 CV 1819, docketed February 22, 2008

2. Stipulated Final Judgment and Order of Permanent Injunction, docketed April 10, 2008

3. Local Civil Rule 83.9 Affidavit

4. FTC letter to Defendants' Counsel, Oct. 16, 2008

5. FTC letter to Defendants' Counsel, Dec. 1, 2008

6a. FTC letter and Demand for Reports and Documents, Jan. 29, 2009

6b. FTC e-mail to Defendants' Counsel, Jan. 29, 2009

7. FTC letter to Defendants' Counsel, Feb. 19, 2009

8. FTC letter and Demand for Reports and Documents, March 9, 2009

9. Defendants' counsel's e-mail to FTC, Oct. 16, 2008

10. Defendants' counsel's e-mail to FTC, Jan. 23, 2009

11. FTC letter to Defendants' Counsel, July 21, 2008

12. Defendants' counsel's e-mail to FTC, March 18, 2009