UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FEDERAL TRADE COMMISSION,

                    Plaintiff,                Case No.: 08 Civ. 1819 (PAC)

      -against-

BLUEHIPPO FUNDING, LLC, and BLUEHIPPO
CAPITAL, LLC,

                    Defendants.
----------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the law firm of K&L Gates LLP hereby respectfully enters its appearance as attorney of record for defendants BlueHippo Funding LLC and BlueHippo Capital LLC in connection with the above-referenced matter. K&L Gates LLP respectfully requests that all subsequent pleadings and other papers filed in this proceeding be served on it at the address set forth below.

Dated:      New York, New York
                August 25, 2009

                                          Respectfully submitted,

                                          K&L GATES LLP

                                          By:     /s/ Douglas F. Broder
                                          Douglas F. Broder (DB–8406)
                                          (Douglas.Broder@klgates.com)
                                          Eli R. Mattioli (EM–1329)
                                          (Eli.Mattioli@klgates.com)

                                          599 Lexington Avenue
                                          New York, NY 10022-6030
                                          Telephone: (212) 536-3900

                                          (*Counsel for BlueHippo Funding LLC and BlueHippo Capital LLC*)