UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 24 SEP 2009
```

FEDERAL TRADE COMMISSION,
           Plaintiff,

v.

BLUEHIPPO FUNDING, LLC,

and

BLUEHIPPO CAPITAL, LLC,
           Defendants.

CIVIL NO. 08 CV 1819 (PAC)

[Proposed] ORDER FOR
ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Laura Schneider, attorney for the Federal Trade Commission, and said sponsor attorney's affidavit, in support **IT IS HEREBY ORDERED** that

    Amanda C. Basta
    Federal Trade Commission
    601 New Jersey Avenue, NW, Suite NJ-2122
    Washington, DC 20580
    Telephone Number:  (202) 326-2340
    Facsimile Number:  (202) 326-2558
    Email Address:  abasta@ftc.gov

is admitted to practice pro hac vice as counsel for the Federal Trade Commission in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. As a federal government attorney, counsel is not subject to a pro hac vice fee.

Dated: September 24, 2009
City, State: New York, NY

_____
United States District/Magistrate Judge