

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 OCT 2009
```

Laureen Kapin
Senior Attorney

Direct Dial:
(202) 326-3237

Fax:
(202) 326-2558

October 27, 2009

**VIA EMAIL**
The Honorable Paul A. Crotty
United States States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*The request is granted. The FTC is directed to report on progress on a monthly basis commencing at the end of Nov. 2009*

SO ORDERED: 28 OCT 2009

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *FTC v. BlueHippo Funding, LLC, et al.*, Civ. No. 08cv1819 (PAC)

Dear Judge Crotty:

The Federal Trade Commission (FTC) is writing to update the Court and request that the Court defer the hearing currently scheduled for October 29, 2009. The parties are currently cooperating regarding the scheduling of depositions. As an accommodation to the Defendants, the depositions of Joseph Rensin, sole shareholder of Defendant BlueHippo Funding and Defendants' former Chief Executive Officer, and John Ford, Defendants' Chief Operating Officer, are scheduled to take place on November 12, 2009. Messrs. Rensin and Ford have retained individual counsel who requested additional time to familiarize themselves with this matter.

Although there remain outstanding issues with respect to the Defendants' production of materials, these and other issues can be addressed more completely after the depositions take place. Accordingly, we ask the Court to take the hearing off calendar until such time that the FTC moves for further proceedings.

**MEMO ENDORSED**

Sincerely,

s/ Laureen Kapin
Senior Attorney, Division of Enforcement

cc (via email): Douglas F. Broder, Esq.