UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,
    Plaintiff,

v.

BLUEHIPPO FUNDING, LLC,

and

BLUEHIPPO CAPITAL, LLC,
    Defendants.

Civil No. 08 CV 1819 (PAC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 NOV 2009

**(Proposed)**
**ORDER FOR CONTEMPT DEFENDANTS BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC AND JOSEPH K. RENSIN TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THIS COURT'S STIPULATED FINAL JUDGMENT AND ORDER OF PERMANENT INJUNCTION**

Upon consideration of the Plaintiff's Motion to Show Cause Why Contempt Defendants BlueHippo Funding, LLC, BlueHippo Capital, LLC and Joseph K. Rensin Should Not Be Held In Contempt, the accompanying memorandum of points and authorities and exhibits, and any further evidence adduced at any hearing on the motion, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that:

(1)    BlueHippo Funding, LLC, BlueHippo Capital, LLC and Joseph K. Rensin ("Contempt Defendants") shall appear before this Court on the __4__ day of December, 2009, at 10 a.m. at the United States Courthouse for the Southern District of New York, 50 Pearl Street, Courtroom 20-C, New York, NY 10007, to show cause, if any there be, why this Court should not find them in civil contempt for failing to comply with the requirements of this Court's Stipulated Final Judgment and

Order for a Permanent Injunction and impose any such relief as it deems appropriate.

(2) Contempt Defendants shall file any pleading responsive to the Motion to Show Cause no later than the 20th day of Nov 2009. The Federal Trade Commission shall file any reply pleading no later than the 24th day of November 2009.

(3) Contempt Defendants shall serve the Commission with any documentary evidence on which they will rely at the hearing to show cause no later than the 1 day of December, 2009, by electronic mail to lkapin@ftc.gov or by overnight delivery addressed to Laureen Kapin, Federal Trade Commission, 601 New Jersey Avenue, N.W., Suite NJ-2122, Washington, D.C. 20001. Service of all Court filings on Plaintiff shall also be made electronically or by overnight mail.

(4) If Contempt Defendants intend to present the testimony of any witnesses at the hearing to show cause, they shall serve the Commission, by electronic mail to lkapin@ftc.gov and by overnight delivery to the above address, no later than the 1 day of December, 2009, with a statement containing the name, address, and telephone number of any such witness.

IT IS SO ORDERED, this 16th day of November, 2009.

_____
United States District Judge