**CONFIDENTIAL**

**Total Compensation for Joe Rensin**

|  | Paid 4/8/2008-12/31/2008 | Paid 1/1/2009-current |
|---|---:|---:|
| **Salary** | $ 147,692.35 | $ 169,230.82 |
| **Company Paid Health Care** | $ 4,265.82 | $ 5,058.39 |
| **Total Compensation** | $ 151,958.17 | $ 174,289.21 |

EXHIBIT B