IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION | * |
| Plaintiff | * |
| vs. | * Case No. 08-cv-1819 (PAC) |
| BLUEHIPPO FUNDING, LLC *et al.*, | * |
| Defendants. | * |

**Supplemental Declaration of Neil H. Demchick
Pursuant to 28 U.S.C. 1746**

1. I have been asked to clarify one point related to paragraph 27a of my Revised Declaration of Neil H. Demchick dated December 11, 2009. (Unless otherwise stated, defined terms used herein are defined within my Revised Declaration.)

2. In paragraph 27a of my Revised Declaration, I stated that I had matched the Default Date field of the Orders Database against a pool of 2,479 customer orders, placed between April 10 and December 10, 2008, that met both of the following criteria established in the Yoeli Declaration: (a) 13 consecutive payments and (b) return of installment contract. I further stated that for 1,065 of the 2,479 customer orders, a Default Date of April 8, 2009 or earlier was listed in the Orders Database.

3. I have been asked to clarify that for 274 of the 1,065 customer orders with Default Dates of April 8, 2009 or earlier, the Default Dates were no later than three weeks following the later date of the above two criteria.

4. I expressly reserve the right to supplement this Declaration as and when it is necessary to do so.

I declare under penalty of perjury that the foregoing is true and correct.

_12/14/09_  _[signature]_
Date        Neil H. Demchick

1