```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                              :
DAMANI BEDIAKO and KIA MILLER, *on behalf of*                 :
*themselves and those similarly situated*,                    :
                                                              :
                              Plaintiffs,                     :     8-cv-1819 (LJL)
                                                              :
        -v-                                                   :     ORDER
                                                              :
P&G AUDITORS AND CONSULTANTS, LLC. et al.,                    :
                                                              :
                              Defendants.                     :
                                                              X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2020

LEWIS J. LIMAN, United States District Judge:

     This case has been reassigned to me for all purposes. IT IS ORDERED that a status conference in this case will be held on August 4, 2020 at 10:00 a.m. and will proceed by TELEPHONE CONFERENCE. At that date and time, the parties are directed to dial the Court's conference line at 888-251-2909 (access code: 2123101).

     The parties are directed to appear at the conference prepared to discuss the nature of the claims and principle defenses; the status of the case; any existing deadlines or pending motions; and the parties' intentions for advancing litigation.

     SO ORDERED.

Dated: July 22, 2020  
      New York, New York

                                                               LEWIS J. LIMAN  
                                                               United States District Judge