```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FEDERAL TRADE COMMISSION :
:
:
Plaintiffs,           :           8-cv-1819 (LJL)
:
-v-               :           ORDER
:
BLUEHIPPO FUNDING, LLC, et al.           :
:
Defendants.           :
X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    The Court held a conference today at which the parties raised no objections to administratively closing the case, as there are no pending motions and no active litigation.

    The Clerk of Court is respectfully directed to close the case, without prejudice to reopening upon a motion by either party to raise a dispute about enforcement of the Orders and Judgments already issued. SO ORDERED.


SO ORDERED.

Dated: August 4, 2020                    _____
      New York, New York                            LEWIS J. LIMAN
                                                       United States District Judge